UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 09-12019-GAO

GUILLERMO VASCO,
Plaintiff,

v.

FREDERICK B. McALARY, JR.,
Defendant.

ORDER
March 31, 2010

O'TOOLE, D.J.

The defendant's motion for a more definite statement (dkt. no. 12) is GRANTED. Within 28 days of the entry of this order the plaintiff shall file an amended complaint in compliance with Federal Rule of Civil Procedure 8(a) that contains (1) a short and plain statement of the grounds for the court's jurisdiction, (2) a short and plain statement of the plaintiff's legal claims, showing the plaintiff's entitlement to relief, and (3) a concise demand for relief. Any factual allegation must be "simple, concise, and direct." Fed. R. Civ. P. 8(d)(1).

The plaintiff's motion to strike the motion for a more definite statement (dkt. no. 18) is DENIED.

Upon review of the pleadings submitted heretofore, I have determined that this case has not properly been designated under Local Rule 40.1(G)(1) as " related to" the case of United States v. Vasco, Criminal No. 05-10164-GAO, and I therefore direct the Clerk, pursuant to Local Rule 40.1(G)(4), to randomly reassign this case.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge