UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 09-12019-RWZ

GUILLERMO FREDERICO VASCO

v.

FREDERICK B. McALARY, JR.


ORDER
September 23, 2010

ZOBEL, D.J.


Plaintiff, Guillermo Frederico Vasco, brought this diversity action against

Frederick B. McAlary, Jr., his former lawyer, apparently for malpractice.  The original

complaint, although commendably concise, incorporates by reference a lengthy

"Memorandum of Law" and an equally lengthy "Confidential Affidavit" together with

exhibits which, according to the docket sheet "are too voluminous to scan."   Despite

the large amount of material he submitted, plaintiff nowhere sets forth either a viable

legal theory or the facts to support it.  Indeed, the facts that gave rise to plaintiff's civil

and criminal difficulties and which might inform the claim against defendant, are almost

totally obscured.  Thus, defendant moved for a more definite statement (Docket # 12),

plaintiff countered with a motion to strike defendant's pleading (Docket # 13). The judge

to whom the case was then assigned allowed the first and denied the second.  The

case was then reassigned to this session.

Plaintiff did, after two extensions, present a new complaint and defendant has

moved again to dismiss it for failure to state a claim upon which relief may be granted,

Fed. R. Civ. P. 12(b)(6) (Docket # 50).  The new complaint (Docket # 46), does, in three

numbered paragraphs, set forth the elements of breach of contract, negligence and

unjust enrichment, but nowhere does it contain any facts as to defendant's alleged

wrongful conduct.  Without some allegations of such misconduct, the complaint lacks a

necessary element, namely, "a short and plain statement of the claim showing that the

pleader is entitled to relief."  Fed. R. Civ. P. 8(a)(2).  Even construed liberally, this

complaint falls short.

      The motion to dismiss (Docket # 50) is allowed with prejudice.


    September 23, 2010                        /s/Rya W. Zobel
          DATE                            RYA W. ZOBEL
                                UNITED STATES DISTRICT JUDGE